# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| CERTAIN APPROVAL PROGRAMS, LLC and JACK STERNBERG,<br><br>Plaintiffs,<br><br>v.<br><br>XCENTRIC VENTURES, LLC, EDWARD MAGEDSON, and JOHN OR JANE DOE,<br><br>Defendants. | Case No: 2:08-cv-1608-PHX-NVW<br><br>**ORDER** |

Pursuant to the plaintiffs' motion and good cause shown;

IT IS HEREBY ORDERED authorizing the withdrawal of Holden Willits Murphy PLC as counsel of record for plaintiffs Certain Approval Programs, LLC and Jack Sternberg.

IT IS FURTHER ORDERED that as of March 11, 2009, all future correspondence, pleadings, and other matters herein address to these parties should be sent to plaintiff's remaining counsel of record, Michael K. Dana, at the following address:

Michael K. Dana, Esq.
506 East Portland Street
Phoenix, AZ  85004

Dated this 11th day of March, 2009.

_____
Neil V. Wake
United States District Judge