IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Certain Approval Programs, L.L.C.; and Jack Sternberg,<br><br>    Plaintiff,<br><br>vs.<br><br>XCentric Ventures L.L.C.; Edward Magedson; and John or Jane Doe,<br><br>    Defendants. | No. CV08-1608-PHX-NVW<br><br>**ORDER** |

Before the Court is Defendants' Motion to Dismiss (doc. # 42), the Response (doc. # 50), and the Reply (doc. # 51). The Motion challenges the sufficiency of Count Six: Misappropriation of Name or Likeness, of the Amended Complaint. (Doc. # 40.) While the alleged conduct may or may not be immune from defamation liability, the necessary use of Plaintiffs' names to identify them fails to state a claim upon which relief can be granted for misappropriation. No one could possibly think that Plaintiffs are somehow endorsing Defendants, and the count adds nothing to Plaintiffs' defamation claims. The Court did not address the sufficiency of this claim under state law, but only the federal defense, when permitting the amended complaint. (Doc. # 39.)

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss (doc. # 42) is granted, and Count Six: Misappropriation of Name or Likeness, of the Amended

1 Complaint (doc. # 40) is dismissed with prejudice for failure to state a claim upon which
2 relief can be granted.
3     DATED this 13th day of April, 2009.

_____
Neil V. Wake
United States District Judge