1  Maria Crimi Speth, #012574
   David S. Gingras, #021097
2  Laura A. Rogal, #025159
   **JABURG & WILK, P.C.**
3  3200 North Central Avenue, Suite 2000
   Phoenix, Arizona 85012
4  (602) 248-1000

5  Attorneys for Defendants

6

7                    **IN THE UNITED STATES DISTRICT COURT**

8                            **DISTRICT OF ARIZONA**

9

10 CERTAIN APPROVAL PROGRAMS,        Case No:  CV08-1608-PHX-NVW
   L.L.C.; and JACK STERNBERG,

11            Plaintiffs,

12 v.                                **STATEMENT OF UNCONTESTED**
                                     **FACTS IN SUPPORT OF DEFENDANTS'**
13 XCENTRIC VENTURES, L.L.C.;        **MOTION FOR SUMMARY JUDGMENT**
   EDWARD MAGEDSON; and JOHN or
14 JANE DOE,

15            Defendants.

16

| # | FACT(S) | EVIDENCE |
|---|---------|----------|
| 1 | Defendants Xcentric and Ed Magedson run the website www.RipoffReport.com which allows consumers to post complaints and to review complaints written by other users. | Declaration of Ed Magedson ("Magedson Decl.") at ¶ 2; Plaintiffs' First Amended Complaint ("FAC") ¶ 15. |
| 2 | Jack Sternberg is the principal of Certain Approval Programs, LLC. | FAC ¶ 13. |
| 3 | Mr. Sternberg created and sold a program known as "Buyer's First" which "teaches real estate investors how to develop leads of potential real estate buyers before finding real estate to sell to them." | FAC ¶ 13. |

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

| 4 | This case arises from a single "report" posted on www.RipoffReport.com on August 31, 2007 by an anonymous author identified as "John or Jane Doe". The text of this report is set forth in its entirety in ¶ 38 of Plaintiffs' First Amended Complaint. | FAC ¶ 38. |
|---|---|---|
| 5 | The report states that Mr. Sternberg cannot be trusted, that his Buyer's First program is illegal and does not work, and that Mr. Sternberg was arrested for fraud, among other things. | FAC ¶ 38. |
| 6 | The report contains a title with a similar message. | FAC ¶ 39. |
| 7 | Complaint does not allege that the substance of the report was created by Defendants. | FAC ¶¶ 38, 39. |
| 8 | The report concerning Mr. Sternberg was created solely by a third party without any input or encouragement from Defendants. | FAC ¶ 38; Magedson Decl. ¶ 20. |
| 9 | Every word in the title of the report as described in ¶ 39 of the FAC was written by a third party, not by Defendants. | FAC ¶ 39; Magedson Decl. ¶ 21. |
| 10 | According Paragraph 42 of the Complaint Defendants "added" the words "Rip-off Report:" to the beginning of the title of John Doe's report." | FAC ¶ 42. |
| 11 | The report includes some content from the author and some generic content created by Defendants. | Magedson Decl. ¶ 22. |
| 12 | When the user submitted his/her posting to the site, the author's content was combined with the generic material to create the final standardized page common to every report on the website. | Magedson Decl. ¶ 22. |

2

| 13 | All claims in the First Amended Complaint treat Defendants as publishers or speakers of information. | FAC ¶¶ 65, 66, 67, 74, 83, 94, 104. |
|----|-----|-----|
| 14 | In his deposition, Mr. Sternberg testified as follows:<br><br>Q:      [W]ould you be satisfied in our case if those words were removed from this report "Rip-Off Report:" those words are taken out, would that eliminate any concerns that you have about this posting?<br><br>A.      No.<br><br>Q.      Why not?<br><br> A.      Because it is, there is all kinds of stuff, there is all kinds of stuff wrong with it.  There is [sic] all kinds of stuff … . | Deposition of Jack Sternberg at 127:23–128:7; **Exhibit A**. |
| 15 | The front page of www.RipoffReport.com contains the following statements:<br><br> Consumers, just because a company or individual is reported on Rip-off Report does not necessarily mean you should not do business with them.  In many cases, it's just the opposite.  Just because a company is posted on Rip-off Report does not mean they are "bad".  <u>At some point in time, everyone has felt like they've been ripped off, when that may not have been the case</u>.  Not everything published on the Internet, or local newspapers, or local TV news is always true. Many stories, no matter where you see them, may have a bias slant. Being short on space or only having less than 2 minutes to do a story where important facts are left out can change the entire story. <u>Rip-off Report feels consumers reading the unedited experiences of other consumers, without editorial involvement, are getting the best consumer opinion/news available</u>.  Our detractors would like to tell you differently. Savvy consumers need to take in all the information they can find and use it as an advantage.  Consumers who | Magedson Decl. ¶ 28. |

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

| | | |
|---|---|---|
| | investigate and obtain information about a company from a number of sources will be able to make more educated decisions, because they know what to watch for.   By reading Rip-off Report, or any other publication containing information about businesses, you, the consumer, now know more about that business than its competitors.   More than likely the competitor has the same issues. Let the reported business know you've read complaints about them, that you would like to do business with them, and get affirmation from the company that if you do business with them, they will do right by you. Let them know that if they treat you right, you will log on to Rip-off Report and tell the world what a great experience you've had. All companies make mistakes. It is the ones that learn from their mistakes that will benefit the consumers the most. *"An educated consumer is our best reader"* | |
| 17 | Mr. Sternberg was never, at any time, solicited by Defendants to become a member of the program. | Magedson Decl. ¶ 26. |
| 18 | Mr. Sternberg was never asked to pay any money to Defendants, nor has he done so. | Magedson Decl. ¶ 26. |
| 19 | *Mr. Sternberg* approached Defendants and inquired about joining the Corporate Advocacy Program. Defendants declined and explained that he could post a rebuttal free of charge. | Magedson Decl. ¶ 25. |

DATED May 20, 2009.

**JABURG & WILK, P.C.**

/s/ David S. Gingras
Maria Crimi Speth
David S. Gingras
Laura Rogal
Attorneys for Defendants

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

4

10297-33/DSG/DSG/723778_v1

1

2

**CERTIFICATE OF SERVICE**

3

4        I hereby certify that on May 20, 2009 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

5

6                            Kenton J Hutcherson
                             Mazin A. Sbaiti
7                            (Admitted *Pro Hac Vice*)
                             Hutcherson Sbaiti LLP
8                        3102 Oak Lawn Avenue, Suite 700
                             Dallas, TX 75219
9                          Email: kjh@hutchersonlaw.com
10                                mas@hutchersonlaw.com

11                           Michael Kent Dana
                             Dana Law LLC
12                         506 East Portland Street
                             Phoenix, AZ 85006
13                         Email:  mdana@danalaw.net
14                          Attorneys for Plaintiffs

15

16     With a COPY of the foregoing delivered to:

17
                             Honorable Neil Wake
18                       United States District Court
                             District of Arizona
19

20                                        s/Debra Gower

21

22

23

24

25

26

27

28

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

5

Exhibit A

JACK STERNBERG - AEO PORTIONS

Page 127

1    think those are the, I think those are the only two

2    places that shows up on this, on this view.  You are

3    saying that my clients added those words to this report,

4    is that your position; right?

5        A.  Yes.

6        Q.  Do you believe that that changes the meaning of

7    the text of the report itself?

8        A.  Yes.

9        Q.  How?

10       A.  Because the words "Rip-Off Report" are

11   inflammatory.  The word report indicates some authority

12   and the fact that they added inflammatory and

13   authoritative language to me says there they did it.

14       Q.  If you removed the words "Rip-Off Report:"  from

15   the two places that we just saw it there, if you removed

16   that from there, would that eliminate the negative

17   effects of this posting to you?

18       A.  I don't know, I'm not an Internet person.  I

19   really don't know.  I'm not really, I don't know what

20   that would do in terms of --

21       Q.  But you're a common sense guy.  I mean as we sit

22   here you seem like an articulate, intelligent guy,

23   right, that is my impression of you.  Would you, would

24   you be satisfied in our case if those words were removed

25   from this report "Rip-Off Report:"  those words are

JACK STERNBERG - AEO PORTIONS

Page 128

1     taken out, would that eliminate any concerns that you

2     have about this posting?

3         A.  No.

4         Q.  Why not?

5         A.  Because it is, there is all kinds of stuff, there

6     is all kinds of stuff wrong with it.  There is all kinds

7     of stuff.  Let's speed through this.

8                     MR. SBAITI:  Can we take a short lunch

9     break.

10                    MR. GINGRAS:  I think after this next

11    section, yes, I think about five minutes and we're

12    there.

13                    (Exhibit Nos. 17 and 18 marked.)

14        Q.  Mr. Sternberg, Exhibits 17 and 18 that were just

15    handed to you are two things that I made from the one

16    report in front of us.  15, let me just explain to you

17    what I did and then I will ask you a couple of

18    questions.

19            I took Exhibit 15 which is kind of the closest

20    zoomed-in version that we have of this and I took out,

21    for 17 I took out everything that my clients believe

22    they -- I don't want to use the word added, but all the

23    content on 15 that RipOff Report hosted or as part of

24    their form, okay, you see all of this?

25        A.  Yes.