**HUTCHERSON SBAITI LLP**
3102 Oak Lawn Avenue, Suite 700
Dallas, Texas 75219
Telephone (214) 443-4200
Facsimile (214) 443-4210
Kenton J. Hutcherson  (Pro Hac Vice)
Mazin A. Sbaiti (Pro Hac Vice)

**DANA LAW LLC**
506 East Portland Street
Phoenix, Arizona 85004
Telephone: (602) 622-2308
Michael K. Dana (State Bar No. 019047)

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| CERTAIN APPROVAL PROGRAMS, LLC and JACK STERNBERG, <br><br> Plaintiffs, <br><br> v. <br><br> XCENTRIC VENTURES, LLC, EDWARD MAGEDSON, and JOHN OR JANE DOE, <br><br> Defendants. | Case No:  2:08-cv-1608-PHX-NVW <br><br> **NOTICE OF SETTLEMENT WITH CERTAIN DEFENDANTS** |

NOTICE IS HEREBY GIVEN that on May 27, 2009, Plaintiffs Certain Approval Programs, LLC and Jack Sternberg and Defendants Xcentric Ventures, LLC and Edward Magedson reached a tentative settlement on all issues in this matter.  The parties are in

1

the process of documenting their agreement and it is anticipated that the parties will submit a stipulation for dismissal with prejudice within the next 30 days.

The remaining party in the case is John or Jane Doe. Plaintiffs will not include John or Jane Doe in the aforementioned stipulation for dismissal, and will continue to pursue their claims against John or Jane Doe in this matter.

Respectfully submitted this 1st Day of June, 2009.

**HUTCHERSON SBAITI LLP**

  /s/ Kenton J. Hutcherson
Kenton J. Hutcherson
Attorney For Plaintiffs Certain Approval Programs, LLC and Jack Sternberg

**AGREED AS TO FORM AND SUBSTANCE:**

**JABURG & WILK, P.C.**

  /s/ Maria Crimi Speth
Maria Crimi Speth
David S. Gingras
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2009, I delivered the foregoing instrument via the Court's ECF system to:

Maria Crimi Speth
David Gingras
Jaburg & Wilk
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
*Attorneys for Defendants Xcentric Ventures, LLC, and Edward Magedson*

    /s/ Kenton J. Hutcherson
Kenton J. Hutcherson
Attorney For Plaintiffs Certain Approval Programs, LLC and Jack Sternberg

HUTCHERSON SBAITI LLP
3102 Oak Lawn Avenue, Suite 700
Dallas, Texas 75219
(214) 443-4200
www.HutchersonLaw.com

3