**HUTCHERSON SBAITI LLP**
3102 Oak Lawn Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 443-4200
Facsimile: (214) 443-4210

Attorneys for Plaintiffs Certain Approval Programs, LLC
and Jack Sternberg

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| CERTAIN APPROVAL PROGRAMS, LLC and JACK STERNBERG, | Case No: CV 08-1608-PHX-NVW |
| Plaintiffs, | |
| v. | **PLAINTIFFS' MOTION TO DISMISS MATTER WITH PREJUDICE AGAINST ED MAGEDSON & XCENTRIC VENTURES LLC AND TO CONTINUE ACTION AGAINST JOHN DOE** |
| XCENTRIC VENTURES, LLC, EDWARD MAGEDSON, and JOHN OR JANE DOE, | |
| Defendants. | |

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE**:

Plaintiffs Certain Approval Programs LLC and Jack Sternberg respectfully request that this Court dismiss with prejudice all claims against and counterclaims by Defendants Xcentric Ventures LLC and Edward Magedson, pursuant to the parties' Notice of Settlement [Doc. No. 73] filed on June 1, 2009.

Plaintiffs further move this Court to keep the case open against John or Jane Doe, in amendment to this Court's August 13, 2009 Order instructing the Clerk's Office to dismiss this action on September 18, 2009 [Doc. No. 75]. Defendant "John or Jane Doe" in this case was not a party to any settlement discussions. As stated in the Notice of Settlement with Certain Defendants, Plaintiffs intend to continue to pursue their claims

against John or Jane Doe. Thus, Plaintiffs request that the case only be dismissed as to the above-named defendants.

RESPECTFULLY SUBMITTED this 17th day of September, 2009.

                              **HUTCHERSON SBAITI LLP**

                              **/S/ Mazin a. Sbaiti**
                              Mazin Sbaiti
                              Kenton J. Hutcherson
                              *Attorneys For Plaintiffs Certain Approval Programs, LLC and Jack Sternberg*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2009, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing to the following CM/ECF participant:

Maria Crimi Speth
Jarburg & Wilk
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
*Attorney for Defendants Xcentric Ventures, LLC and Edward Magedson*