1

**HUTCHERSON SBAITI LLP**

2

3102 Oak Lawn Avenue, Suite 700

Dallas, Texas 75219

3

Telephone (214) 443-4200

Facsimile (214) 443-4210

4

Kenton J. Hutcherson  (*Pro Hac Vice*)

Mazin A. Sbaiti (*Pro Hac Vice*)

5

6

**DANA LAW LLC**

506 East Portland Street

7

Phoenix, Arizona 85004

Telephone: (602) 622-2308

8

Michael K. Dana (State Bar No. 019047)

9

10

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

11

12

CERTAIN APPROVAL PROGRAMS, LLC
and JACK STERNBERG,

Case No:  CV 08-1608-PHX-NVW

13

Plaintiffs,

14

15

v.

**NOTICE OF LODGING**

16

XCENTRIC VENTURES, LLC, EDWARD
MAGEDSON, and MICHAEL
SOLIMANTO,

17

18

Defendants.

19

20

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

21

22

Plaintiffs, by and through their attorney undersigned, hereby submit notice that

23

Plaintiffs have, as Exhibits A and B to this Notice, lodged their Second Amended Original

24

Complaint and Jury Demand and accompanying exhibit with the court clerk as required

25

26

by the Local Rules for filing amended pleadings.

27

28

**HUTCHERSON SBAITI LLP**
3102 Oak Lawn Avenue, Suite 700
Dallas, Texas 75219
(214) 443-4200
www.HutchersonLaw.com

Respectfully submitted this 5th day of October, 2009.

**HUTCHERSON SBAITI LLP**

_/s/  Kenton J. Hutcherson_

Kenton J. Hutcherson, *Pro Hac Vice*
Mazin A. Sbaiti, *Pro Hac Vice*
HUTCHERSON SBAITI LLP
3102 Oak Lawn Avenue, Suite 700
Dallas, Texas 75219
Tel: (214) 443-4200
Fax: (214) 443-4210
Email: kjh@hutchersonlaw.com
Email: mas@hutchersonlaw.com

Michael K. Dana (State Bar No. 019047)
DANA LAW LLC
506 East Portland Street
Phoenix, AZ  85004
MDana@Danalaw.net
***Attorneys for Defendants***

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2009, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing to the following CM/ECF participant:

Maria Crimi Speth
Laura Rogal
Jaburg & Wilk
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
*Attorneys for Defendants Xcentric*
*Ventures, LLC, and Edward Magedson*

/s/ Kenton J. Hutcherson
Kenton J. Hutcherson
Attorney For Plaintiffs Certain Approval
Programs, LLC and Jack Sternberg

**HUTCHERSON SBAITI LLP**
3102 Oak Lawn Avenue, Suite 700
Dallas, Texas 75219
(214) 443-4200
www.HutchersonLaw.com

3