IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Certain Approval Programs, L.L.C.; and Jack Sternberg,<br><br>    Plaintiffs,<br><br>vs.<br><br>XCentric Ventures L.L.C.; Edward Magedson; and John or Jane Doe,<br><br>    Defendants. | No. CV08-1608-PHX-NVW<br><br>**ORDER** |

IT IS ORDERED that Plaintiffs' Motion to Dismiss (doc. # 78) is granted to the extent that all causes of action, claims and counterclaims, by and between Plaintiffs Certain Approval Programs LLC and Jack Sternberg, and by and between XCentric Ventures LLC and Edward Magedson, are dismissed with prejudice.

IT IS FURTHER ORDERED that Plaintiffs' Second Motion for Leave to Amend Complaint (doc. # 80) is granted.  Plaintiffs shall file forthwith and shall serve the Second Amended Complaint.

DATED this 7th day of October, 2009.

                                                                                             */s/ Neil V. Wake*<br>
                                                                                             Neil V. Wake<br>
                                                                     United States District Judge